No. 81–2012.   ELBY'S BIG BOY OF STEUBENVILLE, INC., ET AL. *v.* FRISCH'S RESTAURANTS, INC.   C. A. 6th Cir. Certiorari denied.

JUSTICE WHITE, dissenting.

One of the questions presented by this case is whether a district court's finding of a likelihood of confusion for pur-

poses of § 43(a) of the Lanham Act, 15 U. S. C. § 1125(a), is reviewable under the "clearly erroneous" standard, as a question of fact, or *de novo*, as a legal conclusion. Because there is a split in the lower courts on this question, compare *Sun Banks of Florida, Inc.* v. *Sun Federal Savings & Loan Assn.*, 651 F. 2d 311, 314–315 (CA5 1981) (applying "clearly erroneous" standard); *Squirtco* v. *Seven-Up Co.*, 628 F. 2d 1086, 1091 (CA8 1980) (same); *Keebler Co.* v. *Rovira Biscuit Corp.*, 624 F. 2d 366, 377 (CA1 1980) (same), with *Alpha Industries, Inc.* v. *Alpha Steel Tube & Shapes, Inc.*, 616 F. 2d 440, 443–444 (CA9 1980) (reviewing *de novo* court's conclusion that there was a likelihood of confusion); *Blue Bell, Inc.* v. *Jaymar-Ruby, Inc.*, 497 F. 2d 433, 435, n. 2 (CA2 1974) (same), I would grant certiorari to resolve the conflict.